# EXHIBIT 1

**Exhibit 1**

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information 08/15/2025 10:01 AM

**Court :** 017 **Case :** 366640 Search New Search ☐ **Show Service Documents ONLY**

**Cause Number : 017-366640-25** **Date Filed : 07-15-2025**

MICHELLE FOX **| VS |** TARGET CORPORATION

**Cause of Action :** INJURY OR DAMAGE, PREMISES

**Case Status :** PENDING

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|
| 07-15-2025 | PLTF'S ORIG PET | PDF N | $350.00 | |
| 07-15-2025 | PAYMENT RECEIVED trans #1 | Y | | $213.00 |
| 07-15-2025 | PAYMENT PAID TO STATE trans #1 | Y | | $137.00 |
| 07-15-2025 | SVC REQ LTR(SENT TO DP-AD) | PDF | | $0.00 |
| 07-15-2025 | CIT-ISSUED ON TARGET CORPORATION-On 07/16/2025 | PDF N Svc | $8.00 | |
| 07-15-2025 | PAYMENT RECEIVED trans #5 | Y | | $8.00 |
| 07-22-2025 | CIT RET OF SVC-TARBET CORPORATION | PDF | | $0.00 |
| 07-22-2025 | CIT Tr# 5 RET EXEC(TARGET CORPORATION) On 07/17/2025 | PDF | | $0.00 |
| 08-08-2025 | JURY REQUESTED | | | $0.00 |
| 08-08-2025 | DEFN'S ORIG ANS | PDF | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 08-13-2025 | ***ORD SETTING TRIAL (WK OF 5-18-26)*** | M | | $0.00 |

# EXHIBIT 2

**Exhibit 2**

Wolters Kluwer

CT Corporation
**Service of Process Notification**
07/17/2025
CT Log Number 549626743

## Service of Process Transmittal Summary

**TO:** Non Employee Litigation Target, Cathy Schuda
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:** **Process Served in Texas**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MICHELLE FOX // To: Target Corporation |
| **CASE #:** | 01736664025 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/17/2025 at 11:05 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/17/2025, Expected Purge Date: 07/22/2025<br>Image SOP<br>Email Notification, Non Employee Litigation Target, Cathy Schuda gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Jul 17, 2025
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | TARGET CORPORATION |
| Case Number | 01736664025 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION* *Cause No. 017-366640-25*

MICHELLE FOX
VS.
TARGET CORPORATION

TO: TARGET CORPORATION

B/S REG AGT-CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 17th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

MICHELLE FOX

Filed in said Court on July 15th, 2025 Against
TARGET CORPORATION

For suit, said suit being numbered 017-366640-25 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

JULIE WOLF
Attorney for MICHELLE FOX Phone No. (972)338-4477
Address 12222 MERIT DR STE 1200 DALLAS, TX 75251

Thomas A. Wilder , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 16th day of July, 2025.

By ______________________
AMANDA DURAN

A CERTIFIED COPY
ATTEST: 07/16/2025
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Amanda Duran

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *01736664025000005*

Received this Citation on the ______ day of ______________________, ____ at _____ o'clock ___M; and executed at ______________________ within the county of ______________, State of ________ at _______ o'clock ___M on the _______ day of ______________, _____ by delivering to the within named (Def.): ______________________ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: ______________________________
County of ______________________ State of_________ By ______________________ Deputy
Fees $________
State of ____________ County of ______________________ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said ______________________ before me this _____ day of ________, ____
to certify which witness my hand and seal of office
(Seal)
______________________________
County of ________________, State of ________________

Case No. 017-366640-25

MICHELLE FOX

VS.

TARGET CORPORATION

ISSUED

This 16th day of July, 2025

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By AMANDA DURAN Deputy

---

JULIE WOLF
Attorney for: MICHELLE FOX
Phone No. (972)338-4477
ADDRESS: 12222 MERIT DR STE 1200

DALLAS, TX 75251

*CIVIL LAW*

*01736664025000005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

FILED
TARRANT COUNTY
7/18/2025 1:05 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 017-366640-25**

| | | |
|---|---|---|
| **MICHELLE FOX,**<br>***Plaintiff,*** | §<br>§ | **IN THE DISTRICT COURT** |
| **v.** | §<br>§<br>§ | **_____ JUDICIAL DISTRICT** |
| **TARGET CORPORATION**<br>***Defendant.*** | §<br>§ | **TARRANT COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Michelle Fox, (hereinafter referred to as "Plaintiff"), who files this Plaintiff's Original Petition against Target Corporation (hereinafter referred to as "Defendant"), and respectfully shows this Court as follows:

### I. TEXAS RULE 47 DAMAGES STATEMENT

Plaintiff prefers to have a judge or a jury determine the fair amount of compensation for Plaintiff's damages, and Plaintiff places the decision regarding the amount of compensation to be awarded in the jury or judge's hands. However, pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff is required to provide a statement regarding the amount of monetary relief sought. Accordingly, Plaintiff states that the monetary relief sought is more than $250,000.00 but not more than $1,000,000.00.

Plaintiff submits this action under Discovery Control Plan II, per Rule 190.3 of the Texas Rules of Civil Procedure.

### II. PARTIES AND SERVICE

Plaintiff is a resident of Tarrant County, Texas.

Defendant Target Corporation is business operating in Texas and can be served by

serving its registered agent CT Corporation System located at 1999 Bryan Street, Ste 900, Dallas, Texas 75201. **Issuance of Citation is requested at this time.**

## III. JURISDICTION

This Court has jurisdiction as Plaintiff's damages exceed the minimum jurisdictional limits of this Court. The Court has personal jurisdiction over the Defendant as Defendant premises are in Tarrant County, and it hired employees to perform work in the State of Texas.

## IV. VENUE

Venue is proper in Tarrant County, Texas, pursuant to 15.002 of the Texas Civil Practice and Remedies Code, because the incident occurred in Tarrant County, Texas.

## V. FACTS

At all times relevant, Defendant possessed, controlled, maintained, and/or managed the area of the Target store where Plaintiff was injured located at 1600 W. Arbrook Blvd., Arlington, Texas (hereinafter referred to as the "premises"). On or about December 29, 2023, Plaintiff was patronizing the Target store, and as she walked toward the entrance to the store, she suddenly tripped and fell on cement that was uneven and damaged, causing her to fall. This incident caused Plaintiff significant personal injuries.

## VI. NEGLIGENCE

Defendant owned, possessed, controlled, maintained, and/or managed the area of the premises where Plaintiff was injured. Plaintiff was an invitee at the time of the injury because she was patronizing a Target. Defendant owed Plaintiff the duty to inspect the premises and maintain them in a reasonably safe condition. The condition of the premises posed an unreasonable risk of harm in that the cement was damaged.

Defendant knew or reasonably should have known of the condition of the premises.

Further, a reasonable inspection would have revealed that area of the cement was damaged and uneven, and there were no precautions taken to warn or make safe the areas of the cement that were damaged and uneven.

At all relevant times Defendant was guilty of negligence towards Plaintiff in the following respects:

a. Failing to keep the premises in a reasonably safe condition for Plaintiff;
b. Creating a dangerous condition;
c. Failing to inspect the premises to discover the dangerous condition;
d. Failure to remove the dangerous condition;
e. Failure to provide adequate warning of the dangerous condition by posting signage, a barrier, or other marker indicating the presence of danger; and
f. Failure to take any action to eliminate or reduce the unreasonable risk of danger presented by the dangerous condition.

Defendant's failure to use reasonable care was a proximate cause of Plaintiff sustaining injuries and damages that are described below.

## VII. DAMAGES

As a direct and proximate result of Defendant's negligence, Plaintiff suffered injuries, mental and physical functioning, and disfigurement, for which Plaintiff required extensive medical treatment and has incurred medical bills. Plaintiff also suffered severe physical and mental pain, suffering, physical and mental impairment, depression, physical and mental disability, anguish, and loss of enjoyment of life.

In all reasonable probability, Plaintiff will continue to suffer in this manner for a long time into the future, if not for the balance of her life. Solely as a result of the injuries she

sustained due to Defendant's conduct and/or omissions, Plaintiff has incurred doctors', and medical expenses. There is a more than reasonable probability that Plaintiff will incur additional expenses for necessary medical care and attention in the future for the injuries she incurred in the incident in sums unknown at this time. Plaintiff's compensatory damages specifically include, but are not limited to, past and future pecuniary losses, emotional pain and suffering, inconvenience, mental anguish, impairment, disfigurement, loss wages, and loss of enjoyment of life, and other damages which Plaintiff has incurred due to Defendant's conduct.

## VIII. NOTICE OF INTENT

Plaintiff hereby gives notice of intent to utilize any and all items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure 193.7.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that Defendant be cited to appear and answer in this cause and that, upon final trial, Plaintiff be awarded a final judgment against Defendant for the following:

a. All reasonable and necessary past medical expenses;
b. A sum for future medical expenses and treatment in an amount to be determined at trial;
c. Monetary damages for past physical pain and suffering and mental anguish in an amount to be established at trial;
d. Monetary damages for future physical pain and suffering and mental anguish;
e. Past and future physical impairment as determined by a jury;
f. Past and future disfigurement;

g. Costs of Court;

h. Pre-judgment interest on all damages awarded at the highest legal rate;

i. Post-judgment interest on all sums awarded herein at the highest legal rate until paid; and

j. Such other and further relief to which Plaintiff may be justly entitled at law or in equity, specific or general.

Respectfully submitted,

**Wolf Law, PLLC**

By: Julie Wolf

**Julie Wolf**
Texas Bar No. 24051542
Communication: julie@wolflawpllc.com
**Austin Taylor**
Texas Bar No. 24130418
Communication: austin@wolflawpllc.com
**Taylor Stone**
Texas Bar No: 24116827
Communication: taylor@wolflawpllc.com
E-Service: service@wolflawpllc.com
12222 Merit Dr., Suite 1200
Dallas, Texas 75251
Tel. (972) 338-4477
Fax. (972) 338-5044
*Attorneys for Plaintiff*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Delmy Chavez on behalf of Julie Wolf
Bar No. 24051542
delmy@wolflawpllc.com
Envelope ID: 103150199
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 7/15/2025 1:24 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Julie Wolf | | service@wolflawpllc.com | 7/15/2025 1:05:28 PM | SENT |

# EXHIBIT 3

**Exhibit 3**

WOLF LAW PLLC

July 15, 2025

***Via e-service***
Tarrant County
District Clerk

Re: Michelle Fox v. Target Corporation

Dear Clerk,

Please send the below listed citation in the above-referenced matter to my paralegal via email: delmy@wolflawpllc.com.

1. Target Corporation – 1999 Bryan Street, Ste. 900, Dallas, Texas 75201

Thank you for your assistance with this matter.

Regards,

Julie Wolf
Attorney & Counselor at Law
julie@wolflawpllc.com

# EXHIBIT 4

**Exhibit 4**

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION* *Cause No. 017-366640-25*

MICHELLE FOX
VS.
TARGET CORPORATION

TO: TARGET CORPORATION

B/S REG AGT-CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 17th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

MICHELLE FOX

Filed in said Court on July 15th, 2025 Against
TARGET CORPORATION

For suit, said suit being numbered 017-366640-25 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

JULIE WOLF
Attorney for MICHELLE FOX Phone No. (972)338-4477
Address 12222 MERIT DR STE 1200 DALLAS, TX 75251

Thomas A. Wilder , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 16th day of July, 2025.

By ______________________ Deputy
AMANDA DURAN

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN *01736664025000005*

Received this Citation on the ______ day of ____________________, ______ at ______ o'clock ___M; and executed at ____________________ within the county of ______________, State of ________ at _______ o'clock ___M on the _______ day of _______________, _____ by delivering to the within named (Def.): ____________________ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: ______________________________
County of ____________________ State of__________ By ______________________ Deputy

Fees $________ ______________________________

State of ____________ County of ____________________ (Must be verified if served outside the State of Texas)

Signed and sworn to by the said ____________________ before me this _____ day of _________, ____

to certify which witness my hand and seal of office

(Seal) ______________________________

County of ______________, State of ______________

# EXHIBIT 5

**Exhibit 5**

017-366640-25

FILED
TARRANT COUNTY
7/22/2025 2:30 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 017-366640-25

| | | |
|---|---|---|
| **Michelle Fox** *Plaintiff(s),* | § § § | IN THE 17TH DISTRICT COURT |
| v. | § § § | OF |
| **Target Corporation** *Defendant(s).* | § § § | TARRANT COUNTY, TEXAS |

**RETURN OF SERVICE**

I, Kitty Estes, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 16, 2025, at 1:17 pm. I delivered these documents to Target Corporation in Dallas County, TX on July 17, 2025 at 11:16 am at 1999 Bryan St, Ste 900, Dallas, TX 75201 by leaving the following documents with Haile Greenlee who as Intake specialist at CT Corporation is authorized by appointment or by law to receive service of process for Target Corporation.

Citation
Plaintiff's Original Petition

White Female, est. age 25-34, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.784855,-96.7972883333
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Kitty Estes, I am 18 years of age or older, and my address is 1722 Elmwood Blvd, Dallas, TX 75224, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kitty Estes

Executed in
Dallas County,
TX on 7/18/2025.

Kitty Estes
+1 (469) 363-7073
Certification Number: PSC-19289
Expiration Date: 12/31/2026


Exhibit 1a)


Exhibit 1b)
Wolters Kluwer
CT Corporation
900
CT - SOP
CT CORPORATION
OFFICE HOURS
MONDAY – FRIDAY
8:30 A.M. – 3:00 P.M.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Delmy Chavez on behalf of Julie Wolf
Bar No. 24051542
delmy@wolflawpllc.com
Envelope ID: 103442100
Filing Code Description: No Fee Documents
Filing Description: ROS-Target Corp
Status as of 7/22/2025 3:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Julie Wolf | | service@wolflawpllc.com | 7/22/2025 2:30:48 PM | SENT |

*CITATION*

Cause No. 017-366640-25

MICHELLE FOX

VS.

TARGET CORPORATION

ISSUED

This 16th day of July, 2025

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By AMANDA DURAN Deputy

JULIE WOLF
Attorney for: MICHELLE FOX
Phone No. (972)338-4477
ADDRESS: 12222 MERIT DR STE 1200

DALLAS, TX 75251

*CIVIL LAW*

*01736664025000005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
**ORIGINAL**

# EXHIBIT 6

**Exhibit 6**

FILED
TARRANT COUNTY
7/22/2025 2:30 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 017-366640-25

| | | |
|---|---|---|
| **Michelle Fox** *Plaintiff(s),* | § § § | IN THE 17TH DISTRICT COURT |
| v. | § § § | OF |
| **Target Corporation** *Defendant(s).* | § § § | TARRANT COUNTY, TEXAS |

**RETURN OF SERVICE**

I, Kitty Estes, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 16, 2025, at 1:17 pm. I delivered these documents to Target Corporation in Dallas County, TX on July 17, 2025 at 11:16 am at 1999 Bryan St, Ste 900, Dallas, TX 75201 by leaving the following documents with Haile Greenlee who as Intake specialist at CT Corporation is authorized by appointment or by law to receive service of process for Target Corporation.

Citation
Plaintiff's Original Petition

White Female, est. age 25-34, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.784855,-96.7972883333
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Kitty Estes, I am 18 years of age or older, and my address is 1722 Elmwood Blvd, Dallas, TX 75224, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Kitty Estes*

Kitty Estes
+1 (469) 363-7073
Certification Number: PSC-19289
Expiration Date: 12/31/2026

Executed in
Dallas County,
TX on 7/18/2025.



Exhibit 1a)


Exhibit 1b)
Wolters Kluwer
CT Corporation
"PURSUANT TO SECTION 30.07, PENAL CODE (TRESPASS BY LICENSE HOLDER WITH AN OPENLY CARRIED HANDGUN), A PERSON LICENSED UNDER SUBCHAPTER H, CHAPTER 411, GOVERNMENT CODE (HANDGUN LICENSING LAW), MAY NOT ENTER THIS PROPERTY WITH A HANDGUN THAT IS CARRIED OPENLY"
OFFICE HOURS: 8:30
MONDAY - FRIDAY
CT CORPORATION
OFFICE HOURS
MONDAY – FRIDAY
8:30 A.M. – 3:00 P.M.
900
CT - SOP

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Delmy Chavez on behalf of Julie Wolf
Bar No. 24051542
delmy@wolflawpllc.com
Envelope ID: 103442100
Filing Code Description: No Fee Documents
Filing Description: ROS-Target Corp
Status as of 7/22/2025 3:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Julie Wolf | | service@wolflawpllc.com | 7/22/2025 2:30:48 PM | SENT |

# EXHIBIT 7

**Exhibit 7**

017-366640-25

FILED
TARRANT COUNTY
8/8/2025 2:13 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 017-366640-25

| | | |
|---|---|---|
| MICHELLE FOX, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | 17th JUDICIAL DISTRICT |
| | § | |
| TARGET CORPORATION, | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

**DEFENDANT TARGET CORPORATION'S ORIGINAL ANSWER**

COMES NOW, Defendant Target Corporation ("Defendant"), in the above-entitled and numbered cause and files its Original Answer to Plaintiff's Original Petition (and any supplement or amendment thereto) and, in support thereof, respectfully shows as follows:

**I.**
**GENERAL DENIAL**

1. Defendant denies each and every material allegation contained in Plaintiff's Original Petition (and any supplement or amendment thereto), demands strict proof thereof, and, to the extent that such matters are questions of fact, says Plaintiff must prove such facts by a preponderance of the evidence if she can so do.

**II.**
**DEFENSES AND LIMITATIONS ON DAMAGES AND LIABILITY**

2. Defendant denies Plaintiff's claims that it was negligent and further denies that its alleged acts or omissions proximately caused Plaintiff's alleged damages.

3. Defendant claims that Plaintiff may have failed to use that degree of care and caution as would have been used by a reasonable person under the same or similar circumstances, thereby producing or proximately causing or contributing to cause her injuries

and damages, if any. Such acts or omissions of Plaintiff, if any, were the sole and/or a producing and/or a proximate cause of Plaintiff's damages or injuries, if any.

4. Defendant claims that Plaintiff's damages or injuries, if any, may have been caused by the acts or omissions of third persons not under the control of Defendant. If so, such acts or omissions of said third persons, if any, were the sole and/or a producing and/or a proximate cause of Plaintiff's damages or injuries, if any.

5. Defendant asserts that it had neither actual nor constructive prior knowledge of the condition about which Plaintiff complains and that in any event, the alleged hazard was not "unreasonably dangerous."

6. In the alternative, Defendant further claims that the allegedly unreasonable premises condition, if any, was open and obvious, already appreciated by Plaintiff, or was a known risk. Accordingly, Defendant denies that it owed any duty to warn Plaintiff of the alleged premises condition or protect her from same. *Austin v. Kroger Texas L.P.*, 465 S.W.3d 193, 203 (Tex. 2015).

7. In the alternative, Defendant would show that the accident complained of was an unavoidable accident as that term is known in law, not caused by the negligence of any party.

8. Defendant states that Plaintiff's damages complained of, if any, may have been the result of prior or pre-existing injuries, accidents, or conditions, and said prior or pre-existing injuries, accidents, or conditions were the sole and/or a contributing cause of the Plaintiff's damages alleged against Defendant.

9. Defendant states that Plaintiff's damages complained of, if any, may have been the result of subsequent injuries, accidents, or conditions, and said subsequent injuries,

accidents, or conditions were the sole and/or a contributing cause of the Plaintiff's damages alleged against Defendant.

10. Defendant claims that Plaintiff may be malingering and exaggerating the nature and severity of her injuries in order to continue treatment and/or inflate damages, and, in that event, Defendant contends that said treatment is not medically necessary or reasonable.

11. Defendant contends that any claims for medical or health care expenses incurred are limited to a reasonable and necessary amount not to exceed the amount actually paid or incurred by or on behalf of Plaintiff pursuant to Texas Civil Practice and Remedies Code § 41.0105.

12. Defendant further contends that Plaintiff may have failed to mitigate her losses by failing to return to work timely when able to do so; failing to comply with Plaintiff's healthcare providers' orders and recommendations; and/or failing to present available health insurance and/or government subsidy programs to Plaintiff's medical providers.

13. Defendant would further show that, pursuant to § 18.091 of the Texas Civil Practice & Remedies Code, to the extent that Plaintiff is seeking a recovery for loss of earnings, lost wages, loss of earning capacity and/or loss of contributions of pecuniary value, evidence of this alleged loss must be presented by the Plaintiff in the form of a net loss after reduction for income tax payments, or unpaid tax liability to any federal income tax law.

14. In the unlikely event an adverse judgment is rendered against it in this matter, Defendant respectfully prays for contribution, indemnity and all available credits and/or offsets as provided for in the Texas Civil Practice and Remedies Code and under Texas law.

15. Defendant further contends that it is entitled to have the factfinder allocate responsibility, if any, among all parties, including settling parties and responsible third parties, in accordance with Chapters 32 and 33 of the Texas Civil Practice and Remedies Code.

## III.
## OBJECTIONS

16. Defendant specifically objects to Section VIII of Plaintiff's Original Petition, entitled "Notice of Intent," as that section improperly attempts to invoke Texas Rule of Civil Procedure 193.7. Specifically, Section VIII of Plaintiff's Petition states that "Plaintiff hereby gives notice of intent to utilize any and all items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure 193.7." However, Rule 193.7 requires that the party invoking Rule 193.7 provide "***actual notice*** that the document ***will*** be used."[1] Furthermore, "the ten-day period allowed for objection to authenticity . . . does not run from the production of the material or information but from the party's ***actual awareness that the document will be used***."[2] Accordingly, it is clear that Rule 193.7 requires more than a mere blanket statement that all documents produced in discovery will be authenticated against the producing party, without specifying and identifying the particular documents to which Plaintiffs refer. Such a blanket statement not only fails to satisfy the requirements of Rule 193.7, but it also places an unreasonable burden upon Defendant to review all documents it produces and prophylactically render objections regarding the authenticity of said documents. Therefore, Defendant requests that the Court strike section VIII of Plaintiff's Original Petition, entitled "Notice of Intent," in its entirety.

---

[1] TEX. R. CIV. P. 193.7 (2021) (emphasis added).

[2] *Id.*, cmt. 7 (emphasis added).

**III.**
**REQUEST FOR COURT REPORTER**

17. Defendant respectfully demands a court reporter be present at all proceedings before the Court.

**IV.**
**JURY DEMAND**

18. Defendant respectfully requests and demands a trial by jury.

**V.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that Plaintiff take nothing by this cause of action; that Defendant be permitted to recover the costs and fees expended on its behalf; and for all other and further relief, both general and special, at law and in equity, to which it shows itself to be justly entitled.

Respectfully submitted,

*/s/ Donna C. Peavler*

**Donna C. Peavler**
State Bar No. 00783887
dpeavler@peavlerbriscoe.com
**Preslie Grumbles**
State Bar No. 24136874
pgrumbles@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)

**ATTORNEYS FOR DEFENDANT TARGET CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to and in accordance with the Texas Rules of Civil Procedure on August 8, 2025.

*/s/ Donna C. Peavler*

**Donna C. Peavler**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Remi DiMarco on behalf of Donna Peavler
Bar No. 783887
rdimarco@peavlerbriscoe.com
Envelope ID: 104155498
Filing Code Description: Answer/Response
Filing Description: Defendant's Original Answer
Status as of 8/8/2025 2:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Julie Wolf | | service@wolflawpllc.com | 8/8/2025 2:13:28 PM | SENT |
| Donna Peavler | | dpeavler@peavlerbriscoe.com | 8/8/2025 2:13:28 PM | SENT |
| Preslie Grumbles | | pgrumbles@peavlerbriscoe.com | 8/8/2025 2:13:28 PM | SENT |
| Janie Karrington | | jkarrington@peavlerbriscoe.com | 8/8/2025 2:13:28 PM | SENT |
| Remigio DiMarco | | RDimarco@PeavlerBriscoe.com | 8/8/2025 2:13:28 PM | SENT |

# EXHIBIT 8

**Exhibit 8**

FILED
TARRANT COUNTY
8/13/2025 2:25 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 017- 366640-25**

| | | |
|---|---|---|
| **MICHELLE FOX** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | |
| **VS** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **TARGET CORPORATION** | § | **17TH JUDICIAL DISTRICT** |
| | § | |
| | § | |

## ORDER SETTING TRIAL

The Court hereby enters the following trial setting and other pretrial deadlines. All deadlines not contained in this Order shall be governed by the Texas Rules of Civil Procedure and Tarrant County Local Rules.

| | |
|---|---|
| **May 1, 2026 by noon** | Each party shall file with the clerk of the court an exhibit list, witness list, motions in limine, and a proposed charge of the court or proposed findings of fact/conclusions of law. A courtesy copy of the proposed charge should also be sent in Word format via e- mail to pjmaples@tarrantcountytx.gov. |
| **May 7, 2026 at 2:30 p.m.** | The Court will conduct a pretrial hearing on this date and time. |
| **May 18, 2026** | This case is set for trial during the week of May 18, 2026. |

Signed on this 13th day of August, 2025.

Melody Wilkinson

**Melody Wilkinson, Judge Presiding**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104332621
Filing Code Description: No Fee Documents
Filing Description: ***Order Setting Trial***
Status as of 8/13/2025 2:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Janie Karrington | | jkarrington@peavlerbriscoe.com | 8/13/2025 2:25:48 PM | SENT |
| Remigio DiMarco | | RDimarco@PeavlerBriscoe.com | 8/13/2025 2:25:48 PM | SENT |
| Julie Wolf | | service@wolflawpllc.com | 8/13/2025 2:25:48 PM | SENT |
| Donna Peavler | | dpeavler@peavlerbriscoe.com | 8/13/2025 2:25:48 PM | SENT |
| Preslie Grumbles | | pgrumbles@peavlerbriscoe.com | 8/13/2025 2:25:48 PM | SENT |